DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

---

## SEAFARE CORP. v. TRENOR CORP.

No. 79P88.

Case below: 88 N.C. App. 404.

Petition by defendants for writ of supersedeas and temporary stay denied 20 February 1988.

## SIMPSON v. N.C. LOCAL GOV'T EMPLOYEES' RETIREMENT SYSTEM

No. 2A88.

Case below: 88 N.C. App. 218.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988. Appeal by defendants pursuant to G.S. 7A-30 allowed 9 March 1988. Petition by defendants for writ of supersedeas allowed 9 March 1988.

## STATE v. BARNES

No. 630P87.

Case below: 87 N.C. App. 510.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

## STATE v. BUNDY

No. 616P87.

Case below: 87 N.C. App. 510.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

## STATE v. JOHNSON

No. 66P88.

Case below: 87 N.C. App. 511.

Petition by defendant for writ of certiorari of the North Carolina Court of Appeals denied 9 March 1988.